**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| WALGREEN CO., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| THERANOS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## [PROPOSED] ORDER

Upon application of Plaintiff Walgreen Co. ("Walgreens"), and for good cause shown,

**IT IS HEREBY ORDERED** this ____ day of November, 2016, that Walgreens may file its Complaint and exhibits thereto in the above-captioned matter under seal. Walgreens will confer with Theranos regarding what, if any, information alleged in the Complaint or attached thereto requires redaction, and file a public version of the Complaint, with the confidential information redacted, within seven days of this motion being granted.

_____
United States District Judge