# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALGREEN CO., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| THERANOS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Walgreen Co. ("Walgreens"), hereby makes the following disclosure statement:

Walgreens is a nongovernmental corporate party and a wholly-owned subsidiary of Walgreens Boots Alliance, Inc.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

David A. Gordon
Kristen R. Seeger
Lawrence P. Fogel
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000

By:  */s/ Kevin R. Shannon*
Kevin R. Shannon (#3137)
Arthur L. Dent (#2491)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
kshannon@potteranderson.com
adent@potteranderson.com

Dated: November 8, 2016
1237631

*Attorneys for Plaintiff Walgreen Co.*