IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALGREEN CO., | ) <br> ) <br> ) |
| Plaintiff, | ) Civil Action No. 1 6 - 1 0 4 0 <br> ) |
| v. | ) JURY TRIAL DEMANDED <br> ) |
| THERANOS, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

## [PROPOSED] ORDER

Upon application of Plaintiff Walgreen Co. ("Walgreens"), and for good cause shown,

**IT IS HEREBY ORDERED** this 8th day of November, 2016, that Walgreens may file its Complaint and exhibits thereto in the above-captioned matter under seal. Walgreens will confer with Theranos regarding what, if any, information alleged in the Complaint or attached thereto requires redaction, and file a public version of the Complaint, with the confidential information redacted, within seven days of this motion being granted.

                                                                                 _____
                                                                                 United States District Judge