# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALGREEN CO., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 16-1040-SLR |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| THERANOS, INC., ) | |
| ) | |
| Defendant. ) | |

## THERANOS, INC.'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Theranos, Inc. hereby moves to dismiss (1) Counts I-II of the Complaint insofar as they relate to the convertible note and (2) Count III in its entirety. The grounds for this motion are set forth more fully in the Opening Brief being filed contemporaneously herewith.

OF COUNSEL:

Sean Eskovitz (*pro hac vice*)
WILKINSON WALSH + ESKOVITZ LLP
11726 San Vicente Boulevard
Suite 600
Los Angeles, CA 90049
(424) 316-4000
seskovitz@wilkinsonwalsh.com

Brant W. Bishop, P.C. (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
WILKINSON WALSH + ESKOVITZ LLP
1900 M Street, NW
Suite 800
Washington, DC 20036
bbishop@wilkinsonwalsh.com
kgostin@wilkinsonwalsh.com

Dated: January 5, 2017

  */s/ Kelly E. Farnan*
Gregory P. Williams (#2168)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
williams@rlf.com
farnan@rlf.com

*Attorneys for Defendant*

RLF1 16510161v.1