IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALGREEN CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 16-1040-RGA |
| v. ) | |
| ) | |
| THERANOS, INC., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) and the terms of a confidential settlement agreement entered into by the parties, Plaintiff Walgreen Co. and Defendant Theranos, Inc., by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the dismissal without prejudice of all claims and prayers for relief in this action. Each party shall bear its own costs, expenses, and attorneys' fees.

This Stipulation of Dismissal without Prejudice is made pursuant to the terms of the parties' confidential settlement agreement. The parties intend to file a further stipulation of dismissal *with* prejudice after certain conditions of the settlement agreement have been satisfied.

| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| By: */s/ Kevin R. Shannon*<br>Kevin R. Shannon (#3137)<br>Arthur L. Dent (#2491)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>kshannon@potteranderson.com<br>adent@potteranderson.com | By: */s/Kelly E. Farnan*<br>Gregory P. Williams (#2168)<br>Kelly E. Farnan (#4395)<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>williams@rlf.com<br>farnan@rlf.com |
| OF COUNSEL: | OF COUNSEL: |
| David A. Gordon<br>Kristen R. Seeger<br>Lawrence P. Fogel<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000 | Chris Casamassima<br>Michael Mugmon<br>WILMER CUTLER PICKERING HALE<br>AND DORR<br>950 Page Mill Road<br>Palo Alto, California 94304<br>(650) 858-6103 |
| *Attorneys for Plaintiff Walgreen Co.* | *Attorneys for Defendant Theranos, Inc.* |

Dated: August 4, 2017

SO ORDERED this ____ day of _____, 2017.

_____
United States District Judge