IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALGREEN CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 16-1040-RGA |
| v. | ) |
| | ) |
| THERANOS, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a) and the terms of a confidential settlement agreement entered into by the parties, Plaintiff Walgreen Co. and Defendant Theranos, Inc., by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the dismissal *with prejudice* of all claims and prayers for relief in this action. Each party shall bear its own costs, expenses, and attorneys' fees.

This Stipulation of Dismissal with Prejudice is made pursuant to the terms of the parties' confidential settlement agreement. The parties previously filed a stipulation of dismissal *without prejudice*, also pursuant to the terms of the confidential settlement agreement, which the Court entered (D.I. 24). Now that certain conditions of the confidential settlement agreement have been satisfied, the parties file this Stipulation of Dismissal with Prejudice.

| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| By: */s/ Kevin R. Shannon*<br>Kevin R. Shannon (#3137)<br>Arthur L. Dent (#2491)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>kshannon@potteranderson.com<br>adent@potteranderson.com | By: */s/ Kelly E. Farnan*<br>Gregory P. Williams (#2168)<br>Kelly E. Farnan (#4395)<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>williams@rlf.com<br>farnan@rlf.com |
| OF COUNSEL: | OF COUNSEL: |
| David A. Gordon<br>Kristen R. Seeger<br>Lawrence P. Fogel<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000 | Chris Casamassima<br>Michael Mugmon<br>WILMER CUTLER PICKERING<br>HALE AND DORR<br>950 Page Mill Road<br>Palo Alto, California 94304<br>(650) 858-6103 |
| *Attorneys for Plaintiff Walgreen Co.* | *Attorneys for Defendant Theranos, Inc.* |

Dated: August 24, 2017
5372388

SO ORDERED this 25 day of August, 2017.

Richard G. Andrews
United States District Judge